## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dilfonso Vergara, et al.

                                                Plaintiff,

v.                                                                                Case No.: 1:15−cv−01807
                                                                               Honorable Jeffrey Cole

GranitePol Home & Design Center, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 16, 2016:

      MINUTE entry before the Honorable Jeffrey Cole: On 10/21/2015 the court held a settlement conference at which the parties reached a settlement. All matters in controversy having been resolved, this case is dismissed in its entirety.Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.